IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALMA MARIE TRICHE-WINSTON, et al.,

        Plaintiffs,                    CIV. NO. S-06-0109 MCE GGH PS

   vs.

SANDRA SHEWRY, et al.,

        Defendants.              ORDER
_____/

       Presently calendared for hearing on August 10, 2006 are defendant Shewry's motion to dismiss and defendants Burton and Ting's motion to dismiss.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions.  Accordingly, the court will not entertain oral argument, and will determine the motions on the record.  See E.D. Cal. L.R. 78-230(h).

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1

Accordingly, IT IS ORDERED that:

1. The August 10, 2006 hearing on defendant Shewry's motion to dismiss, filed June 28, 2006, and defendants Burton and Ting's motion to dismiss, filed June 29, 2006, is vacated; and

2. The motions are submitted on the record.

DATED: 8/2/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Triche-Winston.vac.wpd