IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALMA MARIE TRICHE-WINSTON,

et al.,

      Plaintiffs,                              CIV. NO. S-06-0109 MCE GGH PS

     vs.

SANDRA SHEWRY, et al.,

      Defendants.                            <u>ORDER</u>

_____/

        Plaintiffs have requested an extension of time to file an opposition to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiffs' August 3, 2006 request for an extension of time is granted; and

        2. Plaintiffs are granted until November 10, 2006 to file and serve an opposition. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 9/20/06

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

GGH:076/Triche-Winston0109.eot.wpd