Alma Marie Triche-Winston
Charel Winston
2000 Arroyo Vista Way
El Dorado Hills, California 95762
Tel / Fax: (916) 933-4959

Pro Se Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MARIE TRICHE-WINSTON and CHAREL WINSTON,<br><br>　　　　Plaintiffs,<br>vs.<br><br>SANDRA SHEWRY, individually and in her official capacity as California Director of Health Services; DARRYL M. BURTON, individually and in his official capacity as the San Francisco County Clerk; PHIL TING, individually and in his official capacity as the San Francisco County Recorder; and DOES 1 thru 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:06-CV-109-MCE-GGH<br><br>REQUEST FOR EXTENSION TO FILE PLAINTIFFS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (Local Rule 72-303(b)) |

Due to ongoing mail delivery problems, on 1/11/2007, plaintiffs were served with this Court's Findings and Recommendations, dated 12/20/2006. Per the authority of Eastern District of California Local Rules rule 72-303, subdivision (b), and this Court's recommendation,

1

plaintiffs request until 1/23/2007 to file their objection to the 12/20/2006 Findings and Recommendation by Magistrate Judge Hollows.

DATED: January 12, 2007

Very respectfully submitted,

By: _____
Alma Marie Triche-Winston
Pro Se Plaintiff

By: _____
Charel Winston
Pro Se Plaintiff

IT IS SO ORDERED

DATED: Jan 25, 2007
nunc pro tunc

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

2

EXTENSION TO FILE OBJECTIONS TO FINDINGS / RECOMMENDATIONS
TRICHE-WINSTON v. SHEWRY, ET AL.