Alma Marie Triche-Winston
Charel Winston
2000 Arroyo Vista Way
El Dorado Hills, California 95762
Tel / Fax: (916) 933-4959

Pro Se Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MARIE TRICHE-WINSTON and CHAREL WINSTON,<br><br>    Plaintiffs,<br>vs.<br><br>SANDRA SHEWRY, individually and in her official capacity as California Director of Health Services; DARRYL M. BURTON, individually and in his official capacity as the San Francisco County Clerk; PHIL TING, individually and in his official capacity as the San Francisco County Recorder; and DOES 1 thru 100, inclusive,<br><br>    Defendants. | Case No.: 2:06-CV-109-MCE-GGH<br><br>REQUEST FOR EXTENSION TO FILE PLAINTIFFS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (Local Rule 72-303(b)) |

On January 25, 2007 this Court granted plaintiffs' request for extension to file their objections to this Findings and Recommendations, dated December 20, 2006. However, due to illness, plaintiffs have been unable to prepare their objections within the timeframe requested, i.e., January 23, 2007.

1

Accordingly, per the authority of Eastern District of California Local Rules rule 72-303, subdivision (b), and this Court's discretion, plaintiffs respectfully request until February 23, 2007 to file their objection to the December 20, 2006 Findings and Recommendation by Magistrate Judge Hollows.

DATED: February 6, 2007

Very respectfully submitted,

By: _____
Alma Marie Triche-Winston
Pro Se Plaintiff

By: _____
Charel Winston
Pro Se Plaintiff

IT IS SO ORDERED

*No further extensions.*

DATED: Feb. 20, 2007

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

2

EXTENSION TO FILE OBJECTIONS TO FINDINGS / RECOMMENDATIONS
TRICHE-WINSTON v. SHEWRY, ET AL.