IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MARIE TRICHE-WINSTON, et al., | No. 2:06-cv-0109-MCE-GGH-PS |
| Plaintiff, | |
| v. | ORDER |
| SANDRA SHEWRY, et al., | |
| Defendants. | |
| _____/ | |

On December 20, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on March 1, 2007, and they were considered by the district judge.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).

1  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley</u>

2  <u>Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

3      The court has reviewed the applicable legal standards and, good cause appearing, will

4  grant the motions to dismiss.  Accordingly, IT IS ORDERED that:

5      1.  The motion to dismiss by defendants Burton and Ting, filed June 29, 2006, is granted

6  (docket #7, 22);

7      2.  The motion to dismiss filed by defendant Shewry on June 28, 2006, is granted (docket

8  #6, 22);

9      3.  This action is dismissed with prejudice.

Dated:  March 22, 2007

                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE